UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Jorge Velazquez, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN,[1] Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | C.A. No. 11-535 S |

### ORDER

On February 22, 2013, United States Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation (ECF No. 13) in the above-captioned matter. Judge Sullivan recommended that this Court deny Plaintiff's Motion to Reverse (ECF No. 11), and grant Defendant's Motion to Affirm (ECF No. 12). Because Plaintiff Jorge Velazquez has filed no objection, this Court now accepts Judge Sullivan's Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1).

IT IS SO ORDERED.

_____
William E. Smith
United States District Judge
Date: 4/5/13

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to 42 U.S.C. § 405(g), the present suit may continue notwithstanding this change.